IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUSTIN MICHAEL TRUCKEY,

    Plaintiff,

v.

JANEL NICKEL, DYLON RADTKE,
PATRICK BRANT, YANA ZANON,
THOMAS TIMM and
CHERIE BERRETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-414-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants' motion for summary judgment and dismissing this case.

By: _Lynn Kamla, Deputy Clerk_
Peter Oppeneer, Clerk of Court

Date: 1-11-11